**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**JEANESE FRISON,**

    Plaintiff,

v.                                                  **CASE NO. 4:05-cv-00155-SPM-AK**

**DEPARTMENT OF CHILDREN AND FAMILIES, STATE OF FLORIDA,**

    Defendant.
_____/

**O R D E R**

This matter is before the Court on the parties' Joint Motion for Extension of Time to Complete Discovery Period and Other Pretrial Filing Deadlines. (Doc. 20). A ruling on this motion was deferred until the parties sought a trial continuance from the district judge, which they have sought and been granted, as well as extensions of the discovery and other pretrial deadlines. (Doc. 23). Consequently, the motion (doc. 20) is herein **DEEMED MOOT**.

**DONE AND ORDERED** this **21st** day of December, 2005

**s/ A. KORNBLUM**
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**