## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**JEANESE FRISON,**

      **Plaintiff,**

**vs.**                                                   **4:05-CV-155-SPM**

**DEPARTMENT OF CHILDREN**
**AND FAMILIES, State of Florida,**

      **Defendants.**

_____/

### ORDER DISMISSING CASE

**THE COURT** has been informed by counsel that the parties to this case have settled all issues to their satisfaction.  Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot.  The Court retains jurisdiction for a period of ninety days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this <u>twenty-seventh</u> day of December, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao